# UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF MICHIGAN

In Re:

JEANETTE MARIE JERORE,

    Debtor.

_____/

Case No: 13-60110 pjs
Chapter 13
Honorable Phillip J. Shefferly
Filed: October 31, 2013

## NOTICE OF APPEARANCE ON BEHALF OF GREENSTONE FARM CREDIT SERVICES, FLCA AND DEMAND FOR SERVICE OF PAPERS

    PLEASE TAKE NOTICE, that the undersigned counsel hereby files its Notice of Appearance on behalf of GreenStone Farm Credit Services, FLCA in this Chapter 13 case. Pursuant to rules 2002 and 9007 of the Rules of Bankruptcy Procedure, we request that all notices given or required to be given in the above-captioned Chapter 13 case and all papers served or required to be served in this case be given to and served upon the undersigned at the office, address, and telephone number set forth below.

    PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notice of any applications, motions, petitions, pleadings, complaints, or demands transmitted or conveyed by mail delivery, telephone, telegraph, telex or otherwise which affect the above-captioned Debtor or property of the estate.

                      WARNER NORCROSS & JUDD LLP
                      Attorneys for GreenStone Farm Credit Services, FLCA

Dated: November 6, 2013        By: /s/ Timothy Hillegonds
                                       Timothy Hillegonds (P25555)
                                       900 Fifth Third Center
                                       111 Lyon Street NW
                                       Grand Rapids, MI 49503
                                       thillegonds@wnj.com
                                       (616) 752-2132

9572415-1